**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1470

RONALD DICK,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, Commissioner of Social
Security,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. William Connelly, Magistrate Judge.
(CA-04-762-WGC)

Submitted: October 31, 2005      Decided: November 14, 2005

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronald Dick, Appellant Pro Se.  Neil Ray White, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald Dick appeals the district court's order granting the Commissioner's motion for summary judgment in his claim challenging the application of the Windfall Elimination Provision to his Social Security benefits. We have reviewed the record and the magistrate judge's opinion[*] and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See Dick v. Barnhart, No. CA-04-762-WGC (D. Md. Apr. 7, 2005). We deny Dick's pending motions to "Supplement the Record on Appeal," "Regarding MSPB Ruling," to "Consolidate Issues," and for "Further Ruling." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of the magistrate judge under 28 U.S.C.A. § 636(c) (West Supp. 2005).